1  CENTER FOR DISABILITY ACCESS, LLP
   M. ERIC PARKAN, ESQ., SBN 35687
2  MARK D. POTTER, ESQ., SBN 166317
   RUSSELL C. HANDY, ESQ., SBN 195058
3  100 East San Marcos Blvd., Suite 400
   San Marcos, CA 92069-2988
4  (760) 480-4162
   Fax (760) 480-4170
5

6  Attorney for Plaintiff, CHRIS LANGER

7

8
                     UNITED STATES DISTRICT COURT
9
               FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11
   CHRIS LANGER                          )  Case No.: 3:06 CV-01624 JMAJ
12                                       )
                                         )
13           Plaintiff,                  )  **ORDER OF DISMISSAL**
                                         )
14 v.                                    )
                                         )
15 PAYTON HARDWARE, INC., A              )
   California Corporation, and DOES 1    )
16 through 100, inclusive,               )
                                         )
17           Defendants.                 )
                                         )
18                                       )

19
                                **ORDER**
20

21       Having read the previously filed Stipulation for Dismissal, and good cause

22 appearing therefore, this action is hereby ordered dismissed with prejudice, each party

23 to bear their own attorneys' fees and costs. The court shall retain jurisdiction to enforce

24 the terms of the settlement.

25

26 Dated: _____        _____
                                 UNITED STATES DISTRICT COURT JUDGE
27

28

-1-

# PROOF OF SERVICE

LANGER V. PAYTON HARDWARE, ET AL.         Case # 3:06CV01624JMAJ

I, the undersigned, am over the age of eighteen years and am resident of San Diego County, California; I am not a party to the above-entitled action; my business address is 100 East San Marcos Blvd., Suite 400, San Marcos, California, 92069.

On January 4, 2007 I served the following document(s):

**ORDER FOR DISMISSAL**

Addressed to:

Carol Arnold, Esquire
HARRINGTON FOXX DUBROW & CANTER LLP
1055 W. 7th St., 29th Floor
Los Angeles, CA 90017

☒   BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Marcos, California.
☐   BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
☐   BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Marcos, California.

Executed on January 4, 2007 from San Marcos, California.

I declare under penalty of purjury under the laws of the State of California that the above is true and correct.

_____
Jessica H. Stepp

PROOF OF SERVICE